FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2020

SEAN F. McAVOY, CLERK

William D. Hyslop
United States Attorney
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>▮▮▮▮▮▮▮▮▮▮,<br>▮▮▮▮▮▮▮▮▮▮,<br>CORA MAE DANLEY,<br><br>Defendants. | 4:20-CR-6031-SMJ-4<br><br>INDICTMENT<br><br>Vio.: 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(i), 846<br>Conspiracy to Distribute 100 Grams or More of Heroin (Count 1)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(C)<br>Distribution of Fentanyl (Counts 2-4)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(B)(i)<br>Possession with Intent to Distribute Heroin (Count 5)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(C)<br>Possession with Intent to Distribute Fentanyl (Count 6)<br><br>21 U.S.C. § 853<br>Forfeiture Allegations |

INDICTMENT – 1

The Grand Jury charges:

## COUNT 1

Beginning on or about a date unknown, but at least by on or about January 1, 2020, and continuing until on or about October 20, 2020, in the Eastern District of Washington, and elsewhere, the Defendants, ███████████, ███████████, ███████, and CORA MAE DANLEY, knowingly and intentionally combined, conspired, confederated and agreed together and with other persons, both known and unknown, to commit the following offense: distribution of 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(i); all in violation of 21 U.S.C. § 846.

## COUNT 2

On or about March 5, 2020, in the Eastern District of Washington, the Defendant, ███████████, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

INDICTMENT – 2

COUNT 3

On or about March 19, 2020, in the Eastern District of Washington, the Defendants, ██████████████████████ and ███████████████, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

COUNT 4

On or about April 2, 2020, in the Eastern District of Washington, the Defendants, ██████████████████████ and ██████████████████████, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

COUNT 5

On or about May 13, 2020, in the Eastern District of Washington, the Defendants, ██████████████████ and CORA MAE DANLEY, did knowingly and intentionally possess with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(i).

INDICTMENT – 3

COUNT 6

On or about May 13, 2020, in the Eastern District of Washington, the Defendants, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and CORA MAE DANLEY, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1) as alleged in Counts 1-6 of this Indictment, the Defendants, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, and CORA MAE DANLEY, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

INDICTMENT – 4

If any forfeitable property, as a result of any act or omission of the Defendant(s):

    (a) cannot be located upon the exercise of due diligence;
    (b) has been transferred or sold to, or deposited with, a third party;
    (c) has been placed beyond the jurisdiction of the court;
    (d) has been substantially diminished in value; or
    (e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this _____ day of October, 2020.

A TRUE BILL

_____
Foreperson

_____
William D. Hyslop
United States Attorney

_____
Benjamin D. Seal
Assistant United States Attorney

INDICTMENT – 5