# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 14, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Danley, Cora Mae | Docket No. | 4:20CR06031-SAB-4 |

**Petition for No Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Cora Mae Danley, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 30th day of November 2020, under the following conditions:

**Additional Condition #28:** Curfew: Defendant shall be restricted to her residence every day from 7 p.m. to 7 a.m.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Cora Mae Danley is alleged to have violated her conditions of pretrial release supervision by failing to return to her residence by 7 p.m. on December 25, 2020.

On December 1, 2020, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Danley. Ms. Danley acknowledged an understanding of the release conditions, which included additional condition number 28.

On December 25, 2020, at 6:35 p.m., Ms. Danley contacted the undersigned officer via text messaging to advise she was going to be late for her 7 p.m. curfew, due to road conditions. A review of her global positioning system (GPS) mapping indicated she was near the intersection of North Maple and West Boone Avenue in Spokane. Ms. Danley stated there were many wrecks on the freeway and did not believe her vehicle would be able to make the trip. She asked if she could spend the night at her mother-in-law's residence in Spokane on that date.

The undersigned officer reviewed local road reports, which indicated the weather created a "moderate" impact on the roads between Spokane and Reardan, Washington, where Ms. Danley currently resides. Subsequently, the undersigned officer advised Ms. Danley that approval to stay anywhere else besides her residence could not be approved and she would need to return home.

A follow-up review of Ms. Danley's GPS mapping revealed she then traveled to a residence on West Boone Avenue in Spokane. The undersigned officer contacted Ms. Danley and she advised she was attempting to secure another vehicle. Ms. Danley arrived at her residence on December 25, 2020, at 8:15 p.m.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:   January 14, 2021 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

**Re: Danley, Cora Mae**
**January 14, 2021**
**Page 2**

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

January 14, 2021
_____
Date