FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 29, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 4:20-CR-06031-SAB-4 |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS |
| v. | |
| CORA MAE DANLEY, | **MOTION GRANTED IN PART (ECF No. 86)** |
| Defendant. | |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 86**. Defendant recites in her motion that neither the United States nor U.S. Probation oppose this request.

Specifically, Defendant is requesting to change her residence and to remove the electronic monitoring and curfew requirements.

The Court having reviewed the file and finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 86,** is **GRANTED IN PART**.

Defendant is authorized to reside at the Spokane Valley address provided to the Court. Electronic monitoring through U.S. Probation will no longer be required; however, the curfew established at special condition #28 from 7:00 p.m. to 7:00 a.m. shall remain in effect.

All other terms and conditions of pretrial release as ordered in **ECF No. 68** not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED January 29, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1