FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 24, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Danley, Cora Mae | Docket No. | 4:20CR06031-SAB-4 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Cora Mae Danley, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 30th day of November 2020, under the following conditions:

<u>Standard Condition #9:</u> Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

<u>Additional Condition #27:</u> Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and can include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

<u>Violation #1:</u> Cora Mae Danley is alleged to have violated her conditions of pretrial release supervision by ingesting methamphetamine on or about February 15, 2021.

On December 1, 2020, the conditions of pretrial release supervision were reviewed with Ms. Danley. She acknowledged an understanding of the conditions, which included standard condition number 9.

On February 17, 2021, Ms. Danley and the undersigned officer had a telephone conversation. During that telephone conversation, Ms. Danley admitted to ingesting methamphetamine a couple of days prior, which was on or about February 15, 2021.

<u>Violation #2:</u> Cora Mae Danley is alleged to have violated her conditions of pretrial release supervision by failing to submit to random urinalysis testing on February 16, 2021.

On December 1, 2020, the conditions of pretrial release supervision were reviewed with Ms. Danley. She acknowledged an understanding of the conditions, which included additional condition number 27.

On February 16, 2021, at 4:35 p.m., Ms. Danley reported to Pioneer Human Services for random drug testing. Available records indicate Ms. Danley stalled and a urine specimen was not collected on that date.

<u>Violation #3:</u> Cora Mae Danley is alleged to have violated her conditions of pretrial release supervision by attempting to obstruct with the efficiency and accuracy of a drug test on February 17, 2021.

Re: Danley, Cora Mae
February 24, 2021
Page 2

On December 1, 2020, the conditions of pretrial release supervision were reviewed with Ms. Danley. She acknowledged an understanding of the conditions, which included additional condition number 27.

On February 17, 2021, the undersigned officer instructed Ms. Danley to report to Pioneer Human Services (PHS) for the purpose of drug testing on that date.

On February 17, 2021, a technician at PHS attempted to collect a urine specimen from Ms. Danley. Pursuant to PHS standard protocol, the technician asked Ms. Danley to show the waistband of her pants to verify she was not concealing any devices to circumvent the urine testing process. The technician observed a white cap sticking out of the waistband of Ms. Danley's pants. When questioned about the cap protruding out of her waistband, Ms. Danley allegedly removed a bottle from her pants and left the facility.

Later on February 17, 2021, the undersigned officer confronted Ms. Danley about the bottle that was concealed in the waistband of her pants. Ms. Danley admitted the bottle contained fake urine. She further admitted to concealing the bottle containing fake urine in her pants in an effort to circumvent the urine testing process, due to ingesting methamphetamine on or about February 15, 2021.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: February 24, 2021 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

February 24, 2021
Date