UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 12, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Danley, Cora Mae | Docket No. | 4:20CR06031-SAB-4 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Cora Mae Danley, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 30th day of November 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and can include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #4:** Cora Mae Danley is alleged to have violated her conditions of pretrial release supervision by testing positive for the presence of amphetamine and methamphetamine on February 25, 2021.

On December 1, 2020, the conditions of pretrial release supervision were reviewed with Ms. Danley. She acknowledged an understanding of the conditions, which included standard condition number 9.

On February 25, 2021, Ms. Danley reported to Pioneer Human Services (PHS) and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine. Subsequently, the specimen was sent to Alere Toxicology Services (Alere) for further analysis.

On March 9, 2021, Alere confirmed Ms. Danley's urine specimen collected on February 25, 2021, tested positive for the presences amphetamine and methamphetamine.

On March 11, 2021, the undersigned officer confronted Ms. Danley about her use of methamphetamine. Ms. Danley admitted her last use of methamphetamine was on or about February 24, 2021.

**Violation #5:** Cora Mae Danley is alleged to have violated her conditions of pretrial release supervision by testing positive for the presence of amphetamine and methamphetamine on March 2, 2021.

On December 1, 2020, the conditions of pretrial release supervision were reviewed with Ms. Danley. She acknowledged an understanding of the conditions, which included standard condition number 9.

Re: Danley, Cora Mae
March 11, 2021
Page 2

On March 2, 2021, Ms. Danley reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine. Subsequently, the specimen was sent to Alere Toxicology Services (Alere) for further analysis.

On March 11, 2021, Alere confirmed Ms. Danley's urine specimen tested positive for the presence of amphetamine and methamphetamine.

Also on March 11, 2021, the undersigned officer confronted Ms. Danley about her use of methamphetamine. Ms. Danley admitted her last use of methamphetamine was on or about February 24, 2021.

**Violation #6:** Cora Mae Danley is alleged to have violated her conditions of pretrial release supervision by failing to submit a urine specimen for the purpose of drug testing on February 24, 2021.

On December 1, 2020, the conditions of pretrial release supervision were reviewed with Ms. Danley. She acknowledged an understanding of the conditions, which included additional condition number 27.

On February 24, 2021, at 5:20 p.m., Ms. Danley reported to Pioneer Human Services for random drug testing. Available records indicate Ms. Danley stalled and a urine specimen was not collected on that date.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
| by | Executed on: March 11, 2021 |
|  | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

March 12, 2021
Date