PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2021

SEAN F. MCAVOY, CLERK

# United States District Court

## Eastern District of Washington

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs ) | |
| ) | |
| Cora Mae Danley ) | Case No. 4:20CR06031-SAB-4 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Cora Mae Danley, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

According to additional condition number 28 of the release order, Ms. Danley is restricted to her residence every day from 7 p.m. to 7 a.m. Ms. Danley advised she has an employment opportunity at a fast food restaurant. Her scheduled work hours could reportedly conflict with her court-ordered curfew.

In order to accommodate her employment schedule, the undersigned officer respectfully recommends the following modification of Ms. Danley's pretrial release conditions:

**Modified Condition:** Defendant shall be restricted to her residence every day from 7 p.m. to 7 a.m., unless given prior approval from the U.S. Probation/Pretrial Service Office to be away from her residence for employment purposes only.

The U.S. Attorney's Office did not object to this modification request.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  5/19/21     _____  5-19-21
Signature of Defendant    Date        Pretrial Services/Probation Officer   Date
Cora Mae Danley                       Erik Carlson

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  5/19/2021
Signature of Defense Counsel   Date

Richard Wall

[X]    The above modification of conditions of release is ordered, to be effective on  5-20-21 .

[ ]    The above modification of conditions of release is not ordered.

_____          5-20-21
Signature of Judicial Officer                    Date
John T. Rodgers