PROB 12C
(6/16)

Report Date:  June 3, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 07, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cora Mae Danley                    Case Number: 0980 4:20CR06031-SAB-4

Address of Offender: ██████████████████████ Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 6, 2022

Original Offense:        Conspiracy to Distribute 100 Grams or More of Heroin,
                         21 U.S.C. §§ 841 (a)(1),(b)(1)(B)(I), 846

Original Sentence:       Prison - 11 days;              Type of Supervision: Supervised Release
                         TSR - 60 days

Asst. U.S. Attorney:     Matthew Alan Stone             Date Supervision Commenced: January 6, 2022

Defense Attorney:        Richard D. Wall                Date Supervision Expires: January 5, 2027

---

### PETITIONING THE COURT

To issue a warrant.

On January 13, 2022, the conditions of supervision were reviewed with Ms. Danley. She signed her conditions of supervision acknowledging her understanding of her conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: It is alleged Ms. Danley is in violation of her conditions of supervision by using fentanyl on or about May 27, 2022. |
| | On May 27, 2022, Ms. Danley reported to the U.S. Probation Office as instructed. Ms. Danley submitted to a urinalysis test, which returned presumptive positive for fentanyl and methamphetamine. She admitted fentanyl use, but denied the use of methamphetamine. The lab confirmed positive results for both fentanyl and methamphetamine. |

Prob12C
**Re: Danley, Cora Mae**
**June 3, 2022**
**Page 2**

On June 3, 2022, Ms. Danley reported to the U.S. Probation Office as instructed. Ms. Danley submitted to a urinalysis test, which returned presumptive positive for fentanyl and methamphetamine. She admitted use of fentanyl, but denied use of methamphetamine. The urinalysis sample was sent to the lab for confirmation.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     June 3, 2020
_____

s/Courtney Hambel
_____

Courtney Hambel
U.S. Probation Officer

## THE COURT ORDERS

[ ]     No Action
[x]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     Other

_____
Signature of Judicial Officer

6/7/2022
_____
Date