PROB 12C
(6/16)

Report Date: June 8, 2022

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Cora Mae Danley | Case Number: 0980 4:20CR06031-SAB-4 |
| Address of Offender: ███████████ Spokane Valley, Washington 99206 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: January 6, 2022 | |
| Original Offense: Conspiracy to Distribute 100 Grams or More of Heroin, 21 U.S.C. §§ 841(a)(1),(b)(1)(B)(I),846 | |
| Original Sentence: Prison - 11 days; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Matthew Alan Stone | Date Supervision Commenced: January 6, 2022 |
| Defense Attorney: Federal Defenders Office | Date Supervision Expires: January 5, 2027 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 6/3/2022.

On January 13, 2022, the conditions of supervision were reviewed with Ms. Danley. She signed her conditions of supervision acknowledging her understanding of her conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: It is alleged Ms. Danley is in violation of her conditions of supervision by using fentanyl and methamphetamine on or about June 6, 2022. |
| | Ms. Danley reported to Pioneer Human Services for a random urinalysis test on June 6, 2022. A urine sample was collected which tested presumptive positive for methamphetamine and fentanyl. Ms. Danley signed an admission form admitting to both methamphetamine and fentanyl use on that same day. |

Prob12C
**Re: Danley, Cora Mae**
**June 8, 2022**
**Page 2**

3     <u>**Mandatory Condition # 3**</u>: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

<u>**Supporting Evidence**</u>: It is alleged Ms. Danley is in violation of her conditions of supervision by using methamphetamine on or about May 27, 2022.

Ms. Danley submitted to urinalysis testing on May 27, 2022, which was presumptive positive for methamphetamine. Ms. Danley denied any use of methamphetamine. On June 2, 2022, the contract laboratory confirmed the sample positive for methamphetamine.

4     <u>**Standard Condition #13:**</u> You must follow the instructions of the probation officer related to the conditions of supervision.

<u>**Supporting Evidence:**</u> It is alleged that Ms. Danley is in violation of her conditions of supervision by failing to contact Spokane Treatment and Recovery Services (STARS) as directed since June 3, 2022.

On June 3, 2022, Ms. Danley reported to the U.S. Probation Office. Due to her illicit drug use she was instructed to seek inpatient services. With the assistance of the undersigned officer, she contacted STARS who informed her there was an open bed available immediately. She refused to report to STARS and stated she would go on Monday, June 6, 2022. Ms. Danley was directed by STARS staff to contact them the morning of June 6, 2022.

The undersigned officer contacted STARS the morning of June 7, 2022. Due to confidentiality they could not confirm or deny whether she was a current patient. The undersigned officer left a message with STARS staff instructing Ms. Danley to contact the undersigned officer immediately if she had been admitted.

On June 7, 2022, the undersigned officer attempted to make contact with Ms. Danley via phone, the undersigned officer was unable to leave a voicemail. The undersigned officer proceeded with a text message directing her to make contact immediately. Hours later Ms. Danley made contact with the undersigned officer and she was directed to report to the U.S. Probation Office on June 8, 2022.

5     <u>**Mandatory Condition # 3**</u>: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

<u>**Supporting Evidence**</u>: It is alleged Ms. Danley is in violation of her conditions of supervision by using fentanyl on or about June 7, 2022.

On June 8, 2022, Ms. Danley reported to the U.S. Probation Office at the direction of the undersigned officer. She was questioned about any additional illicit drug use and she admitted to fentanyl use again on June 7, 2022.

Prob12C
Re: Danley, Cora Mae
June 8, 2022
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/08/2022

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

6/8/22
Date