PROB 12C
(6/16)

Report Date: September 1, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 02, 2022**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Cora Mae Danley | Case Number: 0980 4:20CR06031-SAB-4 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓ Spokane Valley, Washington 99206 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: January 6, 2022 | |
| Original Offense: Conspiracy to Distribute 100 Grams or More of Heroin, 21 U.S.C. §§ 841 (a)(1),(b)(1)(B)(I), 846 | |
| Original Sentence: Prison - 11 days; TSR - 60 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Caitlin A. Baunsgard | Date Supervision Commenced: January 6, 2022 |
| Defense Attorney: Kathryn Patricia Lucido | Date Supervision Expires: January 5, 2027 |

## PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/07/2022, 06/08/2022, and 8/30/2022.

On January 13, 2022, the conditions of supervision were reviewed with Ms. Danley. She signed her conditions of supervision acknowledging her understanding of her conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: It is alleged Ms. Danley is in violation of her conditions of supervision by using fentanyl on or about August 26, 2022. |
| | On August 26, 2022, Ms. Danley reported to the United States Probation Office as instructed. She submitted to a urinalysis test, which returned negative, but was sent to the contract laboratory to test for fentanyl. |
| | On September 1, 2022, the urine sample from August 26, 2022, returned positive for fentanyl from the contract laboratory. On that same date, Ms. Danely was questioned about any illicit drug use, and she adamantly denied any use since August 16, 2022. |

Prob12C
Re: Danley, Cora Mae
September 1, 2022
Page 2

        9        **Special Condition #14**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

                 **Supporting Evidence**: It is alleged Ms. Danley is in violation of her conditions of supervision by missing her one-on-one counseling session with Pioneer Human Services (PHS) on August 31, 2022.

                 On September 1, 2022, the undersigned officer received notification that Ms. Danley failed to show for her scheduled counseling session at PHS on August 31, 2022. Ms. Danley was reminded in her group counseling earlier that same morning of her appointment.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 1, 2022

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

9/2/2022
Date