PROB 12C
(6/16)

Report Date: September 2, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 06, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Cora Mae Danley | Case Number: 0980 4:20CR06031-SAB-4 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane Valley, Washington 99206 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: January 6, 2022 | |
| Original Offense: | Conspiracy to Distribute 100 Grams or More of Heroin, 21 U.S.C. §§ 841 (a)(1),(b)(1)(B)(i),846 |
| Original Sentence: Prison - 11 days; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Caitlin A. Baunsgard | Date Supervision Commenced: January 6, 2022 |
| Defense Attorney: Kathryn Patricia Lucido | Date Supervision Expires: January 5, 2027 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/07/2022, 06/08/2022, 08/30/2022, 09/01/2022.

On January 13, 2022, the conditions of supervision were reviewed with Ms. Danley. She signed her judgment acknowledging her understanding of her conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: It is alleged Ms. Danley is in violation of her conditions of supervision by using fentanyl on or about September 1, 2022.<br><br>On September 1, 2022, Ms. Danley reported to Pioneer Human Services for a random urinalysis test.  A urine sample was collected and tested presumptive positive for fentanyl.  Ms. Danley signed an admission form admitting to using fentanyl on August 31, 2022. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
Re: Danley, Cora Mae
September 2, 2022
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 2, 2022

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

---

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

9/6/2022

Date