PROB 12C
(6/16)

Report Date:  July 18, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 18, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cora Mae Dublin-Beaudry          Case Number: 0980 4:20CR06031-SAB-4

Address of Offender: ███████████████  Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 6, 2022

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 100 Grams or More of Heroin, 21 U.S.C. §§ 841 (a)(1), (b)(1)(B)(I), 846 |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 11 days<br>TSR - 60 months | Type of Supervision: Supervised Release | |
| Revocation Sentence:<br>(September 8, 2022) | Prison - 30 days<br>TSR - 35 months | | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: October 11, 2022 | |
| Defense Attorney: | Carter Powers Beggs | Date Supervision Expires: September 10, 2024 | |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violations contained in this petition in future proceedings with the violation(s) previously reported to the Court on 6/27/2024 and 7/11/2024.

On October 13, 2022, a supervision intake was completed.  Ms. Dublin-Beaudry's judgment was reviewed with her. She signed a copy of her judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Cora Dublin-Beaudry violated the terms of her supervised release by consuming controlled substances, methamphetamine and fentanyl, on or about July 16, 2024.

On July 18, 2024, Ms. Dublin-Beaudry reported to the probation office.  She was asked to submit to a urinalysis.  Prior to providing a sample, she was asked about any recent use of controlled substances.  She admitted to consuming methamphetamine and fentanyl on July 16, 2024, and signed a drug use admission form.  She provided a urine sample which tested

Prob12C

**Re: Dublin-Beaudry, Cora Mae**
**July 18, 2024**
**Page 2**

presumptive consistent with her admission. The sample was not sent to the lab for additional testing due to her admission, as well as the sample not being enough for the lab to complete testing.

The U.S. Probation Office respectfully recommends the Court to **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/18/2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

7/18/2024

Date