PROB 12C
(6/16)

Report Date: December 5, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 05, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cora Mae Dublin-Beaudry     Case Number: 0980 4:20CR06031-SAB-4

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮, Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 6, 2022

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 100 Grams or More of Heroin, 21 U.S.C. §§ 841 (a)(1), (b)(1)(B)(I) and 846 |
| Original Sentence: | Prison - 11 days; TSR - 60 months |
| Revocation Sentence: (09/08/2022) | Prison - 30 days; TSR - 35 months |
| Revocation Sentence: (08/15/2024) | Prison - 35 days; TSR - 12 months |

Type of Supervision: Supervised Release

| | |
|---|---|
| Asst. U.S. Attorney: | Caitlin A. Baunsgard |
| Defense Attorney: | Nicolas Vieth |

Date Supervision Commenced: August 22, 2024
Date Supervision Expires: August 21, 2025

---

### PETITIONING THE COURT

To issue a warrant.

On August 28, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Dublin-Beaudry, as outlined in the judgment and sentence. She signed the judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On November 25, 2024, Cora Dublin-Beaudry allegedly violated special condition number 5 by failing to report for random urinalysis testing as instructed. |

Prob12C
**Re: Dublin-Beaudry, Cora Mae**
**December 5, 2024**
**Page 2**

On November 25, 2024, the offender was instructed to report to the U.S. Probation Office (USPO) for random urinalysis testing, but she failed to report as instructed.

On November 26, 2024, the assigned probation officer was able to speak with Mrs. Dublin-Beaudry. The offender claimed she failed to report for random urinalysis testing the day prior, on November 25, 2024, because she believed she was being evicted from her apartment and was therefore packing up.

During that conversation on November 26, 2024, the individual under supervision was again instructed to report to the probation office for random urinalysis testing.

2    **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about November 25, 2024, Cora Dublin-Beaudry allegedly violated special condition number 5 by consuming methamphetamine and fentanyl.

On November 26, 2024, Mrs. Dublin-Beaudry reported to the USPO for random urinalysis testing, as instructed by her assigned probation officer. Prior to submitting to urinalysis testing, the offender admitted to the use of methamphetamine the day before, on or about November 25, 2024; she signed an admission of use form confirming that admission.

The offender was subsequently subject to urinalysis testing and provided a urine sample that was presumptive positive for methamphetamine, fentanyl, and methylenedioxy-methamphetamine (MDMA), which is more commonly known as "ecstasy" or "molly." Because the offender only admitted to the use of methamphetamine, the sample was sent to the lab for additional testing.

On December 4, 2024, the USPO received the laboratory results confirming that the urine sample provided by Mrs. Dublin-Beaudry on November 26, 2024, was in fact positive for fentanyl.

3    **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about December 2, 2024, Cora Dublin-Beaudry allegedly violated special condition number 5 by consuming methamphetamine.

On December 5, 2024, the individual under supervision reported to the probation office as instructed. Mrs. Dublin-Beaudry was then subject to random urinalysis testing and provided a urine sample that was presumptive positive for methamphetamine, amphetamine, fentanyl, and MDMA.

The offender admitted to the use of methamphetamine on or about December 2, 2024, but denied the use of any other illicit substances. The sample was sent to the national laboratory for additional testing.

Prob12C
Re: Dublin-Beaudry, Cora Mae
December 5, 2024
Page 3

Mrs. Dublin-Beaudry stated she had again consumed controlled substances because she was stressed about potentially being evicted from her home, but during a conversation with the assigned probation officer on November 26, 2024, the offender stated she would not be evicted because her mother-in-law paid her outstanding rent balance.

As of the writing of this report, the lab results for the urine sample collected on December 5, 2024, remain outstanding.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring Cora Dublin-Beaudry to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: s/Melissa Hanson

12/05/2024

Melissa Hanson
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

12/5/2024

Date